**3**

**Hortense W. TURNER and Vermelle T. White, Appellants, v. Vallerie T. SAVOY, Appellee.**

(Court of Appeals of District of Columbia. Submitted November 3, 1925. Decided December 7, 1925.)

No. 4230.

J. A. Cobb and H. E. Davis, both of Washington, D. C., for appellants.

J. W. Cox and J. T. Sherier, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. Appellee, plaintiff below, filed a bill in equity claiming a resulting trust in a one-third interest in certain real estate in the city of Washington. The case turns wholly on issues of fact which were found by the trial justice to sustain the averments of the bill. A review of the testimony would serve no valuable purpose, since we are convinced of its sufficiency to support the decree.

The decree is therefore affirmed, with costs.